| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**OFFENSE CHARGED**

18 U.S.C. §§ 247(a)(1) & (d)(3) – Damage to Religious Property by Means of Fire;
18 U.S.C. § 844(i) – Arson of a Building Used in Interstate and Foreign Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

**DEFENDANT - U.S**
▶ HUGO JOHN SCHERZBERG

**DISTRICT COURT NUMBER**
CR15-00149  HSG

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
MAR - 5 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction    ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Francisco County

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcoho, Tobacco, Firearms & Ammunition

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    ANDREW HUANG, AUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT FOR HUGO SCHERZBERG

COUNT ONE:   18 U.S.C. §§ 247(a)(1) and (d)(3) – Damage to Religious Property

    (1)    Imprisonment: Maximum 20 years
    (2)    Fine: Maximum $250,000
    (3)    Supervised Release:   Maximum 3 years
    (4)    Special Assessment:   $100.00

COUNT TWO:   18 U.S.C. § 844(i) – Arson of a Building Used in Interstate and Foreign Commerce

    (1)    Imprisonment: Maximum 20 years; mandatory 5 years minimum
    (2)    Fine: Maximum $250,000
    (3)    Supervised Release:   Maximum 3 years
    (4)    Special Assessment:   $100.00

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

UNITED STATES OF AMERICA,

V.

HUGO JOHN SCHERZBERG,

FILED

MAR - 5 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR15-00149 HSG

DEFENDANT.

### INDICTMENT

18 U.S.C. §§ 247(a)(1) & (d)(3) – Damage to Religious Property by Means of Fire; 18 U.S.C. § 844(i) – Arson of a Building Used in Interstate and Foreign Commerce

A true bill.

_____ Foreman

Filed in open court this 5th day of March, 2015

_____ Clerk

Bail, $ no bail warrant 3/5/15

MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**

MAR - 5 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HUGO JOHN SCHERZBERG, <br> Defendant. | No. CR15-00149 HSG <br><br> <u>VIOLATIONS</u>: 18 U.S.C. §§ 247(a)(1) & (d)(3) – Damage to Religious Property by Means of Fire; 18 U.S.C. § 844(i) – Arson of a Building Used in Interstate and Foreign Commerce <br><br> OAKLAND VENUE |

<u>INDICTMENT</u>

The Grand Jury charges:

<u>General Allegations</u>

At all times relevant to this Indictment unless otherwise specified:

    1.    The Church of the Living God, Christian Workers for Fellowship (commonly known as "Church of the Living God (C.W.F.F.)"), Temple #21 was a non-sectarian, non-denominational church of the Christian faith. The Church of the Living God (C.W.F.F.), Temple #21 building was located on Harbor Street in Pittsburg, California, and was a religious place of worship.

///

///

///

INDICTMENT

2. The Church of the Living God (C.W.F.F.), Temple #21 building was also used as rental property. Since at least 2009, in return for monthly rental payments to Church of the Living God (C.W.F.F.), Temple #21, the Shiloh Missionary Baptist Church ("Shiloh Missionary") concurrently used the Church of the Living God (C.W.F.F.), Temple #21 building.

3. The Church of the Living God (C.W.F.F.), Temple #21 building was insured by Church Mutual Insurance Company ("CMIC"), which was headquartered in Merrill, Wisconsin. Damage to the building and property located within the building resulted in claims being paid by CMIC to Church of the Living God (C.W.F.F.), Temple #21 and Shiloh Missionary.

4. Church of the Living God (C.W.F.F.), Temple #21 is a member of the national Church of the Living God (C.W.F.F.) organization, which is headquartered in Cincinnati, Ohio. Church of the Living God (C.W.F.F.), Temple #21 pays dues to the national organization and is subject to the authority of the national organization's general assembly. An executive board is in charge of operations for the national organization.

COUNT ONE: (18 U.S.C. §§ 247(a)(1) & (d)(3) – Damage to Religious Property by Means of Fire)

5. Paragraphs One through Four are realleged and incorporated here by reference.

6. On or about March 20, 2010, in the Northern District of California, the defendant,

HUGO JOHN SCHERZBERG,

using fire, intentionally defaced, damaged, and destroyed religious real property, and attempted to do so, specifically, the Church of the Living God (C.W.F.F.), Temple #21 building in Pittsburg, California, and did so because of the religious character of that property, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

COUNT TWO: (18 U.S.C. § 844(i) – Arson of a Building Used in Interstate and Foreign Commerce)

7. Paragraphs One through Four are realleged and incorporated here by reference.

8. On or about March 20, 2010, in the Northern District of California, the defendant,

HUGO JOHN SCHERZBERG,

by means of fire, maliciously damaged and destroyed, and attempted to damage and destroy, a building

INDICTMENT                            2

used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, namely, the Church of the Living God (C.W.F.F.), Temple #21 building in Pittsburg, California, in violation of Title 18, United States Code, Section 844(i).

DATED: March 5, 2015

A TRUE BILL.

FOREPERSON

MELINDA HAAG,
United States Attorney

KESLIE A. STEWART
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA Huang

INDICTMENT                              3