1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      andrew.huang@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-00149 HSG |
| Plaintiff, | ) |
|  | ) PETITION AND ORDER FOR WRIT OF HABEAS |
| v. | ) CORPUS AD PROSEQUENDUM |
|  | ) |
| HUGO JOHN SCHERZBERG, | ) |
| Defendant. | ) |

19

20     TO:    The Honorable Donna M. Ryu, United States Magistrate Judge for the United States
                District Court for the Northern District of California:
21

22     The United States of America, by and through Assistant United States Attorney Andrew S.

23 Huang, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the

24 person of prisoner HUGO JOHN SCHERZBERG, whose place of custody and jailor are set forth in the

25 ///

26 ///

27 ///

28 ///

PET. & ORD. WRIT HABEAS CORPUS
NO. CR 15-00149 HSG

requested Writ, attached hereto.  The prisoner is required as the defendant in the above-entitled matter in this Court and, therefore petitioner requests that this Court issue the Writ as presented.

DATED: April 29, 2015             Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/S/_____
ANDREW S. HUANG
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: April 29, 2015

_____
Hon. DONNA M. RYU
United States Magistrate Judge

PET. & ORD. WRIT HABEAS CORPUS
NO. CR 15-00149 HSG

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: DONALD M. O'KEEFE, United States Marshal, Northern District of California and/or any of his authorized deputies. Sheriff Ross Mirkarimi, San Francisco County, or any Captain, Deputy Sheriff, Jailor, or Warden, San Francisco County Jail #2, or Any Facility of San Francisco County, Sheriff's Department, Custody Division:

## GREETINGS

WE COMMAND that on May 11, 2015, at 9:30 a.m., or as soon thereafter as practicable, you have and produce the body of HUGO JOHN SCHERZBERG (Jail No. 14680921, SF No. 67426), who is in your custody in San Francisco County Jail #2, or any other facility of San Francisco County, Sheriff's Department, Custody Division, before the United States District Court in and for the Northern District of California, in the courtroom of the Honorable Kandis A. Westmore, United States Magistrate Judge, 1301 Clay Street, Third Floor, Oakland, California, in order that HUGO JOHN SCHERZBERG may make his initial appearance and be arraigned on the Indictment in the case of United States v. Hugo John Scherzberg, No. CR 15-00149 HSG, and thereafter, may then appear for hearing upon the charges heretofore filed against him in the above-entitled Court and to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable Donna M. Ryu, United States Magistrate Judge for the Northern District of California.

Dated: April 29, 2015

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PET. & ORD. WRIT HABEAS CORPUS
NO. CR 15-00149 HSG