UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| **Date:** September 14, 2015 | **Time:** 2:05-2:08 p.m. (3 minutes) | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.:** 15-cr-00149-HSG-1 | **Case Name:** USA v. Scherzberg | |

**Defendant:**  Hugo John Scherzberg (Present; Custody)
**Attorney for Plaintiff:** Thomas Newman for Andrew Huang
**Attorney for Defendant:** Jerome Matthews

**Deputy Clerk:**  Nikki D. Riley                               **Court Reporter:** Kathy Wyatt


**PROCEEDINGS:**  FURTHER STATUS CONFERENCE - Held

**Notes:**   Matter is continued to October 19, 2015 at 2:00 p.m. for further status conference.  Time is excluded from September 14, 2015 to October 19, 2015 based on defense counsel's need to effectively prepare.  AUSA Thomas Newman is ordered to prepare a stipulation and proposed order re exclusion of time to the Court for signature.