1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       andrew.huang@usdoj.gov

8  Attorneys for United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           OAKLAND DIVISION

   UNITED STATES OF AMERICA,          )  CASE NO. CR 15-00149 HSG
                                      )
        Plaintiff,                    )  [PROPOSED] ORDER TO EXCLUDE TIME
                                      )  UNDER THE SPEEDY TRIAL ACT, 18 U.S.C.
     v.                               )  § 3161 *ET SEQ.*
                                      )
   HUGO JOHN SCHERZBERG,              )
                                      )
        Defendant.                    )
                                      )

   A status hearing was held on September 14, 2015, at which time the parties stipulated to reasons and the Court ordered time excluded under the Speedy Trial Act from September 14, 2015, through October 19, 2015. The Court found the continuance serves the ends of justice and outweighs the best interest of the public and defendant in a speedy trial because failure to grant the continuance would unreasonably deny defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Time is also excludable for examinations of the defendant. *See* 18 U.S.C. § 3161(h)(1)(A).

   **IT IS SO ORDERED.**

   10/5/2015                                    /s/ Haywood S. Gilliam, Jr.
   Date                                         Hon. HAYWOOD S. GILLIAM, Jr.
                                                United States District Judge

   No. CR 15-00149 HSG
   [Prop'd] Ord. Excl. Time