BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.huang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 15-00149 HSG |
|     Plaintiff, ) | **STIPULATED REQUEST AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161** *ET SEQ.* |
|     v. ) | |
| HUGO JOHN SCHERZBERG, ) | |
|     Defendant. ) | |

    A status hearing was held on December 14, 2015, in the above-captioned matter. For the reasons stated before the Court during the status hearing, and as set forth below, the parties stipulated, and the Court found, that an exclusion of time was appropriate under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between December 14, 2015, and January 11, 2016. In support of this exclusion of time, the parties hereby stipulate as follows:

    1.    On May 20, 2015, the government provided the defense approximately 126 pages of discovery. Additional discovery was provided on November 9, 2015.

    2.    More discovery is available for inspection by the defense.

    3.    The parties have engaged in plea negotiations and, through this negotiation process, issues relating to potential defenses and sentencing mitigation have arisen.

No. CR 15-00149 HSG
STIP'D REQ. & [PROP'D] ORD. EXCL. TIME

4. Additional time is required for the defense to conduct additional legal research and provide necessary legal advice, including consideration of a potential resolution by plea agreement.

5. The Court may appropriately find that the ends of justice served by continuing this matter to January 11, 2016, outweigh the best interests of the public and the defendant in a speedy and public trial because failure to grant such a continuance would deny defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, the parties request that the Court exclude time from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h) (7)(A) and (B)(iv), from December 14, 2015, through January 11, 2016.

DATED: January 11, 2016                Respectfully submitted,

                                                     BRIAN J. STRETCH
                                                     Acting United States Attorney

                                                     /s/
                                                   ANDREW S. HUANG
                                                 Assistant United States Attorney


                                                   /s/
                                                 JEROME MATTHEWS, Esq.
                                                 Assistant Federal Public Defender
                                                 Counsel to Defendant Scherzberg

**SO ORDERED.**

January 11, 2016
Date                                                                  Hon. HAYWOOD S. GILLIAM, Jr.
                                                 United States District Judge